UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

G.P., ET AL.,

                Plaintiffs,

     - against -

NEW YORK CITY DEPARTMENT OF
EDUCATION, ET AL.,

                Defendants.

23-cv-5708 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    The parties are directed to submit a Rule 26(f) report by October 27, 2023.

SO ORDERED.

Dated:    New York, New York
           October 13, 2023

                                        John G. Koeltl
                              United States District Judge