UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

G.P. ET AL.,

                Plaintiffs,

  - against -

NEW YORK CITY DEPARTMENT OF
EDUCATION,

                Defendants.

23-cv-5708 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    The parties should advise the Court by **September 12, 2025**, whether an infant compromise order is required in this case.

SO ORDERED.

Dated:    New York, New York
            September 9, 2025

                                            John G. Koeltl
                                      United States District Judge