UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

G.P. ET AL.,

                    Plaintiffs,                    23-cv-5708 (JGK)

                                                   ORDER

        - against -

NEW YORK CITY DEPARTMENT OF
EDUCATION ET AL.,

                    Defendants.

JOHN G. KOELTL, District Judge:

    The Court has approved the Stipulation of Settlement and
Order of Dismissal in this IDEA case. The Court raised the issue
with the parties whether an infant compromise order was required
in this case. The parties took the position that no such order
was required and that, in any event, the settlement was fair and
reasonable to the infant involved.

    The Court agrees that no formal infant compromise
proceeding is required. Local Rule 83.2 states that "[a]n action
by or on behalf of an infant ... must not be settled or
compromised ... without leave of the court embodied in an order,
judgment, or decree." This portion of the Rule is amply
satisfied in this case. The parties have submitted a detailed
Stipulation of Settlement and proposed Order of Dismissal that
details extensive relief being afforded to the infant plaintiffs
including compensatory services. It also provides for specific

attorney's fees based on the hourly rates for the experienced counsel in this case.

Local Rule 83.2 also provides that the application to settle or compromise "must conform, as much as possible, to the New York State statutes and rules, but the court, for cause shown, may dispense with any New York State requirement." The relevant provisions for an infant compromise order are provided in N.Y. C.P.L.R. § 1208. But that statute specifically refers to the settlement of actions for damages. This action is for substantial equitable relief and does not fall within the literal terms of § 1208. In any event, there is good cause for dispensing with the specific provisions of § 1208 because it is plain that the relief provided for the infant plaintiffs is fair, reasonable, and adequate, and that the request for attorney's fees based on the hourly rates of the experienced attorney for the plaintiffs is reasonable.

Therefore, the Court has signed the Stipulation of Settlement and the Order of Dismissal.

**SO ORDERED.**

Dated:    New York, New York
          September 18, 2025

_____
John G. Koeltl
United States District Judge